IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. GARNER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GLOBAL PLASMA SOLUTIONS, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 1:23-cv-3097<br><br>C.A. No. 1:21-cv-00665-SB<br>Case filed in the United States District Court for the District of Delaware |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2023, I caused a true and correct copy of Global Plasma Solutions, Inc.'s (1) Motion to Compel Compliance with Subpoenas (ECF No. 1); (2) Brief in Support of Motion to Compel Compliance with Subpoenas (ECF No. 2); (3) Declaration of Kelly A. Warlich in Support of Motion to Compel Compliance with Subpoenas, and the exhibits annexed thereto (ECF Nos. 2-1 through 2-13); (4) Civil Cover Sheet (ECF No. 3); and (5) Attorney Appearance Form for Tammy L. Adkins (ECF No. 4) to be served upon the following via United States Postal Service first class mail, postage prepaid:

Brent Stephens
5316 S Ingleside Avenue
Chicago, Illinois 60615-4310


Yicheng Zeng
3001 S Michigan Avenue, Unit 2004
Chicago, Illinois 60616-3163

1

Phillip J. Zisook (via electronic mail and first class mail)
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC
300 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
Phil.zisook@sfbbg.com

*Attorney for Yicheng Zeng and Brent Stephens*

Dated: May 17, 2023

/s/ *Tammy L. Adkins*
Tammy L. Adkins (IL 6230732)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 750-5727
Email: tadkins@mcguirewoods.com

*Counsel for Defendant*
*Global Plasma Solutions, Inc.*

174478984